NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICARDO JOSE CALDERON LOPEZ, dba Starlight Consulting Services,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2024-1947

---

Appeal from the United States District Court for the Central District of California in No. 2:23-cv-10391-CBM-MAA, Senior Judge Consuelo Bland Marshall.

---

PER CURIAM.

## O R D E R

In response to this court's July 2, 2024 show cause order, the United States argues for dismissal, ECF No. 7, and Ricardo Jose Calderon Lopez appears to urge this court to assert jurisdiction, ECF No. 5.

On January 23, 2024, the United States District Court for the Central District of California dismissed Mr. Calderon Lopez's complaint seeking to renounce his citizenship. Mr. Calderon Lopez moved for reconsideration and filed an

appeal directed to the United States Court of Appeals for the Ninth Circuit. The Ninth Circuit deactivated the appeal pending resolution of the motion for reconsideration, which the district court denied on June 3, 2024. On June 10, 2024, Mr. Calderon Lopez filed a notice of appeal directed to this court from a "06/10/2024" decision. The Ninth Circuit has since reactivated his earlier appeal, which remains pending.

This court's jurisdiction to review district court cases is generally limited to cases involving the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see* § 1295(a)(4)(C); and cases involving certain damages claims against the United States "not exceeding $10,000 in amount," 28 U.S.C. § 1346(a)(2), *see* 28 U.S.C. § 1295(a)(2). Mr. Calderon Lopez's case plainly does not fall within that jurisdiction. Though the United States argues for dismissal, we deem it the better course to transfer to the Ninth Circuit under 28 U.S.C. § 1631, where the United States may raise its arguments for dismissal, including whether this appeal is duplicative of that appeal.

IT IS ORDERED THAT:

The appeal and all its filings are transferred to the United States Court of Appeals for the Ninth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

August 21, 2024
Date

Jarrett B. Perlow
Clerk of Court